FILED
3/16/2023
E.C
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE PACOLD
MAGISTRATE JUDGE CUMMINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLAUDIA MALDONADO VALENCIA | No. 22 CR 120<br><br>Violation: Title 21, United States Code, Sections 841(a)(1) and 846<br><br>SUPERSEDING INFORMATION |

The UNITED STATES ATTORNEY charges:

On or about June 14, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CLAUDIA MALDONADO VALENCIA,

defendant herein, did conspire with Jorge Luis Maldonado Bernabe, and with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2023.02.15 11:31:51 -06'00'

Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY